AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHANSTROM, JACK D. | U.S. COURTS  U.S. DISTRICT COURT | 05/14/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| | ___ Nomination, Date _____ | |
| | ___ Initial   XX Annual   ___ Final | 01/01/06 12/31/06 |
| Senior U.S. District Judge | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 985  Billings, MT  59103-0985 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED 2007 MAY 21 A 10: 29 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1 | Self | Public Employees Retirement System | $49,271.52 |
| 2 | Self | Civil Service | $16,968.00 |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | SOURCE AND TYPE |
|---|---|
| 1 | Teacher's Retirement System |
| 2 | Social Security |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **1** [X] | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **1** [X] | **NONE** (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **1** [X] | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 EFBC (now STSA) shares, self | A | div | | | Transferred to ████ | 10/31 | J | | |
| 2 Hewlett Packard shares, self | A | div | | | Sold | 10/5 | J | A | |
| 3 Microsoft shares, self | A | div | | | Partial sale | 10/5 | J | loss | |
| 4 Micrsoft shares, self | A | div | | | Transferred to ████ | 10/31 | J | | |
| 5 Target Corp., shares self | A | div | | | Transferred to ████ | 10/31 | J | | |
| 6 Touch America shares, self | A | div | | | Transferred to ████ | 10/31 | J | | |
| ITEMS 7 TO END ARE AN IRA AT D.A. DAVIDSON, BILLINGS, MONTANA FOR BOTH SELF ████ | | | | | | | | | |
| 7 Ambase Corp. stock, self (IRA) | A | div | J | T | | | | | |
| 8 Price-Costco shares, self (IRA) | A | div | J | T | | | | | |
| 9 Siti-Sites stock, self (IRA) | A | div | J | T | | | | | |
| 0 AT&T Corp. stock, self (IRA) | A | div | J | T | | | | | |
| 1 AT&T Wireless stock, self (IRA) | A | div | J | T | | | | | |
| 2 Health & Retirement stock, self (IRA) | A | div | | | Sold | 10/5 | J | loss | |
| 3 Hewlett Packard stock, self (IRA) | A | div | | | Sold | 10/5 | J | B | |
| 4 Wal-Mart stock, self, (IRA) | A | div | J | T | | | | | |
| 5 World-Com stock, self IRA | | | | | Sold in 2005 | 2005 | J | loss | Mistakenly not reported for 2005 |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 16 Global Crossing stock, self (IRA) | | | | | Sold in 2005 | 2005 | J | loss | Mistakenly not reported for 200? |
| 17 Five Star Quality stock ████ (IRA) | A | div | J | T | | | | | |
| 18 Ambase Corp., stock, ████ (IRA) | A | div | J | T | | | | | |
| 19 Costco stock, ████ (IRA) | A | div | J | T | | | | | |
| 20 Siti-Sites stock, ████ (IRA) | A | div | J | T | | | | | |
| 21 Ford Motor stock, ████ (IRA) | A | div | | | Sold | 9/25 | J | loss | |
| 22 Health & Retirement stock, ████ (IRA) | A | div | | | Sold | 10/5 | J | loss | |
| 23 Motorola stock, ████ (IRA) | A | div | J | T | | | | | |
| 24 EFBC (now STSA) stock, ████ (IRA) | A | div | J | T | | | | | |
| 25 Touch America stock, ████ (IRA) | A | div | J | T | Company bankrupt | | | | |
| 26 GE stock, ████ (IRA) | A | div | J | T | | | | | |
| 27 Hewlett Packard stock, ████ (IRA) | A | div | J | T | | | | | |
| 28 Five Star Quality stock, ████ (IRA) | A | div | J | T | | | | | |
| 29 Visteon Corp. stock, ████ (IRA) | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHANSTROM, JACK D. | 05/14/07 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur ██████████████████████████          Date ___05/14/07___

NOTE: ████████████████D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJE██████████████ (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544